Dale K. Galipo, Esq. (SBN 144074)
  E-mail: dalegalipo@yahoo.com
Thomas C. Seabaugh, Esq. (SBN 272458)
  E-mail: tseabaugh@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Sonia M. Mercado (117069)
SONIA MERCADO & ASSOCIATES
5711 W. Slauson Ave., Suite 100
Culver City, CA 90230
Tel: 310.410.2981; Fax: 310.410.2957
Soniamer2002@yahoo.com

*Attorneys for Plaintiff K.C.R.*

R. Samuel Paz (SBN 62373)
LAW OFFICES OF R. SAMUEL PAZ
5711 W. Slauson Ave., Suite 100
Culver City, CA 90230
Tel: 310.410.2981; Fax: 310.410.2957
E-mail: samuelpaz@msn.com

*Attorneys for Plaintiff K.R.and Kenneth Rivera Jr.,*
*Estate of Kenneth Rivera III*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C.R. a minor child, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES;<br>NORMA SILVA; ET AL.,<br><br>Defendants. | Case No. 2:13-CV-03806 PSG (SSx)<br>Case No. 2:13-CV-06461 PSG (SSx)<br><br>*Hon. Philip S. Gutierrez*<br><br>**DECLARATION OF SONIA MERCADO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER GRANTING RECONSIDERATION OF THE COURT'S ORDER TO CONTINUE THE TRIAL TO MARCH 8, 2016**<br><br>New Final Pretrial Conference:<br>  February 29, 2016 at 2:30 p.m.<br><br>New Trial:<br>  March 8, 2016, at 9:00 a.m. |

---

1

DECLARATION OF SONIA MERCADO IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER GRANTING RECONSIDERATION OF THE COURT'S
ORDER TO CONTINUE THE TRIAL TO MARCH 8, 2016

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:

I am an attorney duly licensed to practice law in the State of California and before the United States Central District Court in Los Angeles. I am co-counsel for Plaintiff K.C.R. and join in Support Of Plaintiffs' Ex Parte Application For An Order Granting Reconsideration Of The Court's Order To Continue The Trial To March 8, 2016. If called as a witness in this matter, I would competently testify as follows:

1. Prior to January 23, 2015, all plaintiffs and defendants to this action, by and through their respective counsels including the defense firm Lawrence Beach Allen & Choi, met and conferred in compliance with this Court's Orders and Local Rules 16 and 26, and discussed and agreed upon a Joint Statement of the Case. This Joint Statement of the Case was included in the parties' Joint Jury Instructions, as Instruction No. 21, Claims and Defenses, at page 49, filed on January 23, 2015, as document 161. Attached as Exhibit 1, is a correct copy of the pertinent portions of the Jury Instructions, the Index of the Joint [Proposed] Jury Instructions, and page 49 which includes the Joint Statement of the Cases.
2. I recognize that as Plaintiffs' counsels we were required to file a separate pleading caption entitled "Joint Statement of the Case" and copied the Joint Jury Instruction into the separate pleading caption. I recognize that such procedure was a requirement with which we failed to comply, and most tellingly recognize that each requirement is important to the effective process of trial and certainly to ensure compliance with all Court orders as all are important.
3. With extreme respectfulness I submit to the Court, that the parties were indeed ready for to begin trial, that we had complied in conferring and agreeing to a Joint Statement of the Case and that the filing on January 23, 2015, which reflects such compliance and "readiness" for trial.
4. I also respectfully ask the Court to take notice that at all times Plaintiffs' pretrial documents were timely filed (excluding the at issue separate filing of a Joint

Statement of the Case), and that Plaintiffs never requested any exemption from any pretrial filing deadline.

5. Respectfully, I submit that all parties were ready for trial to begin as originally scheduled by the Court on February 10, 2015, that date was continued by the Court to April 14, 2015 and then to April 15, 2015.

6. Respectfully I ask for the Court to consider the totality of Plaintiffs compliance with every judicial and statutory requirement during this entire case and particularly in preparing for trial.

7. I request that the Court schedule a short status conference prior to April 23, 2014, on any date between today, April 15, 2015 and April 23, 2015, since obviously the Court and all parties had scheduled to be in trial at the present time up to and including April 23, 2015.

I declare under penalty of perjury that the foregoing is true and of my personal knowledge.

Respectfully submitted,

Dated: April 15, 2015     SONIA MERCADO & ASSOCIATES
*/s/ Sonia Mercado*
Sonia Mercado
Co-Counsel for Plaintiff KCR

3
DECLARATION OF SONIA MERCADO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER GRANTING RECONSIDERATION OF THE COURT'S ORDER TO CONTINUE THE TRIAL TO MARCH 8, 2016