E-FILED 4/17/15

**DENIED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C.R. a minor child, individually and as successor in interest to Decedent Kenneth Rivera III, by and through her natural mother Jessie Malpartida Wong; K.R., a minor child, individually and as successor in interest to Decedent Kenneth Rivera III, by and through her natural mother Toya Downing; and KENNETH RIVERA JR,<br><br>        Plaintiffs,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES; PAUL TANAKA; NORMA SILVA; AND DOES 1 THROUGH -10, INCLUSIVE.<br><br>        Defendants. | Case No. 2:13-CV-03806 PSG (SSx)<br>Case No. 2:13-CV-06461 PSG (SSx)<br><br>*Hon. Philip S. Gutierrez*<br><br>[proposed] **ORDER GRANTING PLAINTIFF K.R.'s EX PARTE APPLICATION FOR AN ORDER TO SUPPLEMENT COURTROOM PRESENTATION EQUIPMENT WITH ADDITIONAL EQUIPMENT AT TRIAL**<br><br><u>Trial: April 15, 2015, at 9:00 a.m.</u> |

1                                              ORDER

2        Before the Court is Plaintiffs K.R.'s Ex Parte Application to reconsider the
3 previous motion and reschedule the trial for April 15, 2015 as scheduled. Having
4 read and considered the Ex Parte Application and declaration submitted by the
5 Plaintiffs and finding good cause it is ordered as follows:

6
7        Plaintiff K.R.'s Ex Parte Application is GRANTED. The previous Order of
8 April 14, 2015, (Dkt 202) is hereby reconsidered and vacated. The trial shall begin
9 on April 15, 2015, at 9:00 a.m., as previously scheduled. The counsel for the parties
10 are to meet and confer forthwith and file with the court a joint cases statement to be
11 read to the jury no later than April 15, 2015, at 9:00 a.m.

12       IT IS SO ORDERED.

13
14 ENTERED:

15                                           DENIED
16                                   HON. PHILIP S. GUTIERREZ
                                  U.S. DISTRICT COURT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28