# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-3806-PSG (SSx) | Date | April 6, 2016 |
| Title: | K.C.R -VS- COUNTY OF LOS ANGELES, ET AL. | | |

Present: The Honorable  Philip S. Gutierrez , U.S. District Judge

| Wendy K. Hernandez | Carol Zurborg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo / Sonia Mercado / S. Samuel Paz/ Mark Pachowicz | Paul Beach / Dennis Gonzales/ Raymond Sakai/ Eugene Ramirez |

\_\_\_\_ **Day Court Trial**  \_\_6th\_\_  **Day Jury Trial**

\_\_\_\_ One day trial:  \_\_\_\_ Begun (1st day);  \_\_\_\_ Held & Continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits identified.   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
**X** Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by
\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
**X** Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to \_\_\_\_\_ for further trial/further jury deliberation.
**X** Other:  Status Conference scheduled for 6/27/16 at 2:30pm. A representative from the County of LA is ordered to appear on that date and time.

_____ : \_\_22\_\_
Initials of Deputy Clerk     wkh